```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF GEORGIA
           COLUMBUS DIVISION
```

JAMIE ALLYN HUGHES,               *

    Plaintiff,                   *

vs.                               *

UNITED STATES OF AMERICA,         *     CASE NO. 4:22-cv-165-CDL

    Defendant.                   *

                                        *

<u>O R D E R</u>

    Plaintiff filed this action on October 27, 2022. More than 90 days have passed, and Plaintiff has not filed a proof of service showing that Defendant has been served with a copy of the summons and complaint. Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, after notice to the plaintiff, must dismiss the action without prejudice against the defendant or order that service be made within a specified time. Accordingly, Plaintiff is ordered to serve Defendant in accordance with the Federal Rules of Civil Procedure by February 16, 2023, and to file proof of that service by February 23, 2023. Failure to do so will result in the dismissal of Plaintiff's complaint against Defendant without prejudice.

    IT IS SO ORDERED, this 26th day of January, 2023.

                                                        S/Clay D. Land
                                                        CLAY D. LAND
                                                        U.S. DISTRICT COURT JUDGE